An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY DARRISAW,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63215

FILED

JUN 07 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to challenge the trial court's jurisdiction. Eighth Judicial District Court, Clark County; James M. Bixler, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16674

cc: Hon. James M. Bixler, District Judge
Jeffrey Darrisaw
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk